```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 33114
    SYRETTA WEST
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6039


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/04/2008 and was not confirmed.

     The case was dismissed without confirmation 02/18/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00           .00            .00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00           .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE    16306.62           .00            .00
MB FINANCIAL              UNSECURED         7393.80           .00            .00
IDAPP                     PRIORITY         NOT FILED          .00            .00
ALLIANCE ONE              UNSECURED        NOT FILED          .00            .00
TCF NATIONAL BANK         UNSECURED        NOT FILED          .00            .00
HSBC BANK                 UNSECURED        NOT FILED          .00            .00
NICOR GAS                 UNSECURED        NOT FILED          .00            .00
RMI/MCSI                  UNSECURED        NOT FILED          .00            .00
RMI/MCSI                  UNSECURED        NOT FILED          .00            .00
FORD HEIGHTS CHECK CASHE  UNSECURED         3873.98           .00            .00
PRA RECEIVABLES MGMT      UNSECURED          702.35           .00            .00
CHASE MANHATTAN MORTGAGE  SECURED NOT I     3796.54           .00            .00
DOLLIE I WARREN REED      DEBTOR ATTY      2,000.00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                      ---------------    ---------------
TOTALS                      .00                  .00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 33114 SYRETTA WEST
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 03/26/09                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

                                                    PAGE   2
          CASE NO. 08 B 33114 SYRETTA WEST